UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                            NO. 05-4182

PERTAINS TO: LEVEE, MRGO                                    SECTION "K"(2)

Filed in: 05-4182; 06-2824; 06-5116; 06-5118; 06-5127; 06-5128; 06-5131; 06-5132; 06-5134; 06-5137; 06-5140; 06-5140; 06-5142; 06-5155; 06-5162; 06-5260; 06-5307; 06-5890; 06-8708; 07-0621; 07-1073; 07-1113; 07-1271; 07-1285; 07-2741; 07-2742; 07-3173; 07-4225; 07-4226; 07-4227; 07-4271; 07-4353; 07-4386; 07-4391; 07-4392; 07-4453; 07-4504; 07-4510; 07-4511; 07-4519; 07-4522; 07-4535; 07-4543; 07-4544; 07-4545; 07-4550; 07-4555; 07-4557; 07-4558; 07-4559; 07-4560; 07-4561; 07-4562; 07-4563; 07-4568; 07-4607; 07-4608; 07-4724; 07-4774; 07-4775; 07-4828; 07-4837; 07-4840; 07-4841; 07-4842; 07-4843; 07-4844; 07-4845; 07-4846; 07-4847; 07-4848; 07-4849; 07-4851; 07-4868; 07-4887; 07-4901; 07-4902; 07-4903; 07-4906; 07-4911; 07-4913; 07-4914; 07-4920; 07-4942; 07-4943; 07-4944; 07-4945; 07-4948; 07-4949; 07-4952; 07-4953; 07-4957; 07-4958; 07-4960; 07-4963; 07-4964; 07-4965; 07-4966; 07-4967; 07-4968; 07-4969; 07-4970; 07-4971; 07-4972; 07-4973; 07-4974; 07-4975; 07-4976; 07-4977; 07-4978; 07-4979; 07-4980; 07-4981; 07-4982; 07-4983; 07-4984; 07-4985; 07-4988; 07-4989; 07-4990; 07-4991; 07-4992; 07-4993; 07-4994; 07-4995; 07-4996; 07-4997; 07-4998; 07-5000; 07-5001; 07-5002; 07-5003; 07-5004; 07-5005; 07-5006; 07-5007; 07-5008; 07-5009; 07-5011; 07-5012; 07-5013; 07-5014; 07-5015; 07-5016; 07-5017; 07-5018; 07-5019; 07-5020; 07-5021; 07-5022; 07-5023; 07-5025; 07-5028; 07-5030; 07-5034; 07-5040; 07-5044; 07-5045; 07-5063; 07-5067; 07-5070; 07-5074; 07-5082; 07-5083; 07-5096; 07-5097; 07-5098; 07-5103; 07-5105; 07-5117; 07-5128; 07-5130; 07-5132; 07-5134; 07-5137; 07-5141; 07-5143; 07-5144; 07-5146; 07-5155; 07-5174; 07-5181; 07-5182; 07-5184; 07-5185; 07-5186; 07-5187; 07-5191; 07-5193; 07-5195; 07-5219; 07-5220; 07-5226; 07-5228; 07-5241; 07-5254; 07-5286; 07-5318; 07-5319; 07-5321; 07-5322; 07-5323; 07-5324; 07-5327; 07-5329; 07-5330; 07-5334; 07-5338; 07-5339; 07-5340; 07-5341; 07-5342; 07-5343; 07-5344; 07-5345; 07-5346; 07-5347; 07-5348; 07-5349; 07-5350; 07-5351; 07-5352; 07-5353; 07-5354; 07-5355; 07-5356; 07-5361; 07-5362; 07-5363; 07-5364; 07-5365; 07-5366; 07-5367; 07-5368; 07-5369; 07-5371; 07-5373; 07-5374; 07-5375; 07-5376; 07-5378; 07-5389; 07-5396; 07-5397; 07-5494; 07-5495; 07-5496; 08-0719; 08-1143; 08-1151; 08-1171; 08-1192; 08-1212; 08-1213; 08-1429; 08-4302; 0-0077; 11-2062; 11-2159

**JUDGMENT**

Considering the foregoing Order and Reasons,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that in civil actions 05-4182; 06-2824; 06-5116; 06-5118; 06-5127; 06-5128; 06-5131; 06-5132; 06-5134; 06-5137; 06-5140; 06-5140; 06-5142; 06-5155; 06-5162; 06-5260; 06-5307; 06-5890; 06-8708; 07-0621; 07-1073; 07-1113; 07-1271; 07-1285; 07-2741; 07-2742; 07-3173; 07-4225; 07-4226; 07-4227; 07-4271; 07-4353; 07-4386; 07-4391; 07-4392; 07-4453; 07-4504; 07-4510; 07-4511; 07-4519; 07-4522; 07-4535; 07-4543; 07-4544; 07-4545; 07-4550; 07-4555; 07-4557; 07-4558; 07-4559; 07-4560; 07-4561; 07-4562; 07-4563; 07-4568; 07-4607; 07-4608; 07-4724; 07-4774; 07-4775; 07-4828; 07-4837; 07-4840; 07-4841; 07-4842; 07-4843; 07-4844; 07-4845; 07-4846; 07-4847; 07-4848; 07-4849; 07-4851; 07-4868; 07-4887; 07-4901; 07-4902; 07-4903; 07-4906; 07-4911; 07-4913; 07-4914; 07-4920; 07-4942; 07-4943; 07-4944; 07-4945; 07-4948; 07-4949; 07-4952; 07-4953; 07-4957; 07-4958; 07-4960; 07-4963; 07-4964; 07-4965; 07-4966; 07-4967; 07-4968; 07-4969; 07-4970; 07-4971; 07-4972; 07-4973; 07-4974; 07-4975; 07-4976; 07-4977; 07-4978; 07-4979; 07-4980; 07-4981; 07-4982; 07-4983; 07-4984; 07-4985; 07-4988; 07-4989; 07-4990; 07-4991; 07-4992; 07-4993; 07-4994; 07-4995; 07-4996; 07-4997; 07-4998; 07-5000; 07-5001; 07-5002; 07-5003; 07-5004; 07-5005; 07-5006; 07-5007; 07-5008; 07-5009; 07-5011; 07-5012; 07-5013; 07-5014; 07-5015; 07-5016; 07-5017; 07-5018; 07-5019; 07-5020; 07-5021; 07-5022; 07-5023; 07-5025; 07-5028; 07-

5030; 07-5034; 07-5040; 07-5044; 07-5045; 07-5063; 07-5067; 07-5070; 07-5074; 07-5082; 07-5083; 07-5096; 07-5097; 07-5098; 07-5103; 07-5105; 07-5117; 07-5128; 07-5130; 07-5132; 07-5134; 07-5137; 07-5141; 07-5143; 07-5144; 07-5146; 07-5155; 07-5174; 07-5181; 07-5182; 07-5184; 07-5185; 07-5186; 07-5187; 07-5191; 07-5193; 07-5195; 07-5219; 07-5220; 07-5226; 07-5228; 07-5241; 07-5254; 07-5286; 07-5318; 07-5319; 07-5321; 07-5322; 07-5323; 07-5324; 07-5327; 07-5329; 07-5330; 07-5334; 07-5338; 07-5339; 07-5340; 07-5341; 07-5342; 07-5343; 07-5344; 07-5345; 07-5346; 07-5347; 07-5348; 07-5349; 07-5350; 07-5351; 07-5352; 07-5353; 07-5354; 07-5355; 07-5356; 07-5361; 07-5362; 07-5363; 07-5364; 07-5365; 07-5366; 07-5367; 07-5368; 07-5369; 07-5371; 07-5373; 07-5374; 07-5375; 07-5376; 07-5378; 07-5389; 07-5396; 07-5397; 07-5494; 07-5495; 07-5496; 08-0719; 08-1143; 08-1151; 08-1171; 08-1192; 08-1212; 08-1213; 08-1429; 08-4302; 0-0077; 11-2062; and 11-2159, judgment shall be entered in favor of the United States of America, and against all plaintiffs, **DISMISSING** said claims **WITH PREJUDICE**, with each party to bear his\her\its own costs.

New Orleans, Louisiana, this 20th day of December, 2013.

STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**